```
ANDRÉ BIROTTE JR.
United States Attorney                              JS-6
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
Calif. Bar No. 128072
E-mail:  kevin.finn@usdoj.gov
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone:  (213) 894-6739
     Fax:              894-7327
Attorneys for Defendant
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAIN MARKET, | NO. CV 09-6998 VBF (VBKx) |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| UNITED STATES OF AMERICA, | Honorable Valerie Baker Fairbank |
| Defendant. | |

The Court has considered the Stipulation to Dismiss the parties filed.

GOOD CAUSE APPEARING THEREFORE, THE COURT HEREBY ORDERS that this case dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

DATED: September 8, 2010

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE